IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE VASQUEZ, individually, and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>JIM AARTMAN, INC., et al.,<br><br>    Defendants.<br>_____/<br>RUBEN HERNANDEZ, individually, and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>JIM AARTMAN, INC., et al.,<br>_____/ | CASE NO. CV-F-02-5624 AWI LJO<br>   Consolidated with CV-F-03-5600 AWI LJO<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS OF PRELIMINARY APPROVAL OF STIPULATION AND SETTLEMENT AGREEMENT, NOTICE TO CLASSES; AND CLAIM PROCEDURE** |

    On April 18, 2005, the Magistrate Judge to whom this action has been assigned issued Findings and Recommendations on the preliminary approval of the Stipulation and Settlement Agreement, the Notice of Proposed Class Action Settlement and Fairness Hearing and the Claim Form/FLSA Consent Form, and other matters related to settlement of the above entitled matter. (Doc.100.)  In addition, the Magistrate Judge ordered the consolidation of the above entitled actions.  Plaintiffs filed a notice of non-opposition to the Findings and Recommendations on April 18, 2005.  (Doc. 101.) Defendant also filed

1

1  a notice of non-opposition to the Findings and Recommendations on April 19, 2005. (Doc. 102.)
2        Pursuant to 28 U.S.C. §636(b)(1), the Magistrate Judge's Findings and Recommendations ARE
3  HEREBY ADOPTED IN FULL.
4
5  IT IS SO ORDERED.
6  **Dated:    April 20, 2005**                                  **/s/ Anthony W. Ishii**
    0m8i78                                                                   UNITED STATES DISTRICT JUDGE